```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 05052
    JEFFREY C PETERS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-4696


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was not confirmed.

     The case was dismissed without confirmation 07/24/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
US BANK NATIONAL           NOTICE ONLY     NOT FILED              .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          590.71              .00           .00
AT&T                       NOTICE ONLY     NOT FILED              .00           .00
AUCTION INSURANCE          UNSECURED       NOT FILED              .00           .00
BALLYS TOTAL FITNESS       UNSECURED       NOT FILED              .00           .00
AT&T ILLINOIS              UNSECURED       NOT FILED              .00           .00
AT & T UNIVERSAL CARD      NOTICE ONLY     NOT FILED              .00           .00
CHASE MANHATTAN            UNSECURED         4269.88              .00           .00
JPM CHASE BANK             UNSECURED        20949.50              .00           .00
COMCAST                    UNSECURED       NOT FILED              .00           .00
COMCAST                    NOTICE ONLY     NOT FILED              .00           .00
LVNV FUNDING               UNSECURED         6011.58              .00           .00
NORTHERN INDIANA PUBLIC    UNSECURED          591.63              .00           .00
NIPSCO                     NOTICE ONLY     NOT FILED              .00           .00
TCF BANK                   UNSECURED       NOT FILED              .00           .00
TCF BANK                   NOTICE ONLY     NOT FILED              .00           .00
WELLS FARGO                UNSECURED       NOT FILED              .00           .00
WELLS FARGO                NOTICE ONLY     NOT FILED              .00           .00
RESCAP MORTGAGE            CURRENT MORTG        .00               .00           .00
RESCAP MORTGAGE            MORTGAGE ARRE   12000.00               .00           .00
TRIAD FINANCIAL CORP       SECURED VEHIC    1000.00               .00        159.36
TRIAD FINANCIAL CORP       UNSECURED        7285.15               .00           .00
SAXON MORTGAGE SERVICES    CURRENT MORTG        .00               .00           .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE    6000.00               .00           .00
SAXON MORTGAGE SERVICES    UNSECURED       NOT FILED              .00           .00
COOK COUNTY ASSESSOR       SECURED              .00               .00           .00
REGIONS BANK               SECURED NOT I        .00               .00           .00
GREEN TREE FINANCING       CURRENT MORTG        .00               .00           .00
REGIONS BANK               CURRENT MORTG        .00               .00           .00
HOMECOMINGS FINANCIAL      NOTICE ONLY     NOT FILED              .00           .00
LAURIE HUFF                NOTICE ONLY     NOT FILED              .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED              .00           .00
REGIONS BANK               UNSECURED       48608.53               .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED        1159.16               .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 05052 JEFFREY C PETERS
```

```
LEDFORD & WU            DEBTOR ATTY           .00                          .00
TOM VAUGHN              TRUSTEE                                          13.86
DEBTOR REFUND           REFUND                                          276.78

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       450.00

PRIORITY                                              .00
SECURED                                            159.36
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                13.86
DEBTOR REFUND                                      276.78
                           ---------------      ---------------
TOTALS                        450.00                450.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/20/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE